IN THE MATTER OF THOMAS A. HARLEY,
AN ATTORNEY AT LAW.

February 17, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–116, concluding that **THOMAS A. HARLEY** of **NEWARK,** who was admitted to the bar of this State in 1975, should be reprimanded for violating *RPC* 5.5(a)(1) (practicing law while ineligible to do so), and good cause appearing;

It is ORDERED that **THOMAS A. HARLEY** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.